No. 12–5941. MORGAN v. BERKEBILE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6095. PARKS v. STATE OF GEORGIA SEXUAL OFFENDER REGISTRATION REVIEW BOARD. Super. Ct. Fulton County, Ga. Certiorari denied.

No. 12–6129. MCKINNON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6230. DEYTON ET AL. v. KELLER, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6349. BIGESBY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 12–6522. EDWARDS ET UX. v. EDMONDSON, TRUSTEE OF THE JEWELL EDMONDSON TESTAMENTARY TRUST. C. A. 8th Cir. Certiorari denied.

No. 12–6529. DIRE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6576. SAID ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6605. LEAL-VEGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6825. ANORVE-VERDUZCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6880. JACKSON v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6988. WOMACK v. UNITED STATES; and
No. 12–7547. WOMACK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 481 Fed. Appx. 925.

No. 12–7014. HOWARD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–7296. NORDSTROM v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.